**HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT, LLP**
203 REDWOOD SHORES PKWY, STE. 480
REDWOOD SHORES, CA 94065
TELEPHONE: 650.637.9100
FACSIMILE: 650.637.8071

BRIAN R. DAVIS, BAR NO. 160817
VIVIAN N. VO, BAR NO. 231223
ATTORNEYS FOR PLAINTIFFS,
MOON KYU CHOI AND YOON SOOK CHOI

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
GEORGE H. KELLER, BAR NO. 178970
PATRICK T. WONG, BAR NO. 233222
ATTORNEYS FOR DEFENDANT,
STEWART TITLE GUARANTY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOON KYU CHOI and YOON SOOK CHOI,<br><br>         PLAINTIFFS,<br><br>    v.<br><br>STEWART TITLE GUARANTY COMPANY,<br><br>         DEFENDANT. | CASE NO. C 05-3620 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration        ☐ ENE        X Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

1

STIPULATION AND ORDER SELECTING ADR PROCESS/ ADR CERTIFICATION
CASE NO. C 05-3620 PJH

SFCA_376694.1

1 | **Private Process:**

2 |        X   Private ADR *(please identify process and provider)*

3

4 | _____

5

6 |                                                           **HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT LLP**
7 |                                                           BRIAN R. DAVIS
   |                                                           VIVIAN N. VO
8

9

10 | DATED:  JANUARY 4, 2006                BY:    /s/ Brian R. Davis
11 |                                                           BRIAN R. DAVIS
   |                                                           ATTORNEYS FOR PLAINTIFFS, MOON
12 |                                                           KYU CHOI AND YOON SOOK CHOI

13

14 |                                                           **FOLEY & LARDNER LLP**
   |                                                           EILEEN R. RIDLEY
   |                                                           GEORGE H. KELLER
15 |                                                           PATRICK T. WONG

16

17

18 | DATED:  JANUARY 4, 2006                BY:    /s/ Eileen R. Ridley
   |                                                           EILEEN R. RIDLEY
19 |                                                           ATTORNEYS FOR DEFENDANT,
   |                                                           STEWART TITLE GUARANTY
   |                                                           COMPANY
20

21 | IT IS SO ORDERED:

22

23 | DATED:   1/9/06
   |                                                           _____
24 |                                                           UNITED STATES DISTRICT JUDGE

25

26

27

28

2
STIPULATION AND ORDER SELECTING ADR PROCESS/ ADR CERTIFICATION
CASE NO. C 05-3620 PJH

## SIGNATURE AND CERTIFICATION
## BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: JANUARY 4, 2006            /s/ Moon Kyu Choi
                                  Moon Kyu Choi, Plaintiff

Dated: JANUARY 4, 2006            /s/ Yoon Sook Choi
                                  Yoon Sook Choi, Plaintiff

Dated: JANUARY 4, 2006            /s/ Brian R. Davis
                                  Brian R. Davis, Counsel for Plaintiffs

Dated: JANUARY 4, 2006            /s/ Geri Kaye
                                  Stewart Title Guaranty Company, Defendant
                                  Title: Regional Claims Counsel
                                  Name: Geri Kaye

Dated: JANUARY 4, 2006            /s/ Eileen R. Ridley
                                  Eileen R. Ridley, Counsel for Defendant