**HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT, LLP**
203 REDWOOD SHORES PKWY, STE. 480
REDWOOD SHORES, CA 94065
TELEPHONE: 650.637.9100
FACSIMILE: 650.637.8071

BRIAN R. DAVIS, BAR NO. 160817
VIVIAN N. VO, BAR NO. 231223
ATTORNEYS FOR PLAINTIFFS,
MOON KYU CHOI AND YOON SOOK CHOI

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
GEORGE H. KELLER, BAR NO. 178970
PATRICK T. WONG, BAR NO. 233222
ATTORNEYS FOR DEFENDANT,
STEWART TITLE GUARANTY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MOON KYU CHOI and YOON SOOK CHOI, <br><br> PLAINTIFFS, <br><br> v. <br><br> STEWART TITLE GUARANTY COMPANY, <br><br> DEFENDANT. | CASE NO. C 05-3620 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING KEVIN G. KELLY AS A PRIVATE MEDIATOR** |

Pursuant to the January 9, 2006 Stipulation and Order Selecting ADR Process, and the January 12, 2006 Case Management Conference Minute Order, plaintiffs Moon Kyu Choi and Yoon Sook Choi, and defendant Stewart Title Guaranty Company hereby select the appointment of Kevin G. Kelly, Esq. of the American Arbitration Association (AAA) as a private mediator in this case.  The parties will agree in the near future as to the specific date of the mediation, but the parties have tentatively agreed that the mediation

1

STIPULATION AND ORDER SELECTING KEVIN KELLY AS PRIVATE MEDIATOR
CASE NO. C 05-3620 PJH

SFCA_377566.1

will be sometime in March 2006, and no later than April 12, 2006 mediation cut-off date.

DATED: JANUARY 19, 2006

**HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT LLP**
BRIAN R. DAVIS
VIVIAN N. VO

BY:    /s/ Brian Davis
BRIAN R. DAVIS
ATTORNEYS FOR PLAINTIFFS, MOON KYU CHOI AND YOON SOOK CHOI

DATED: JANUARY 19, 2006

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
GEORGE H. KELLER
PATRICK T. WONG

BY:    /s/ George Keller for Eileen R. Ridley
EILEEN R. RIDLEY
ATTORNEYS FOR DEFENDANT, STEWART TITLE GUARANTY COMPANY

IT IS SO ORDERED:

DATED: 1/20/06

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*