HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT, LLP
203 REDWOOD SHORES PKWY, STE. 480
REDWOOD SHORES, CA 94065
TELEPHONE: 650.637.9100
FACSIMILE: 650.637.8071

BRIAN R. DAVIS, BAR NO. 180817
VIVIAN N. VO, BAR NO. 231223
ATTORNEYS FOR PLAINTIFFS,
MOON KYU CHOI AND YOON SOOK CHOI

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
GEORGE H. KELLER, BAR NO. 178970
PATRICK T. WONG, BAR NO. 233222
ATTORNEYS FOR DEFENDANT,
STEWART TITLE GUARANTY COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOON KYU CHOI and YOON SOOK CHOI,<br><br>PLAINTIFFS,<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY,<br><br>DEFENDANT. | CASE NO. C 05-3620 PJH<br><br>**STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL PER SETTLEMENT** |

Plaintiffs, MOON KYU CHOI and YOON SOOK CHOI (collectively "Plaintiffs") and defendant STEWART TITLE GUARANTY COMPANY (herein referred to as "Defendant"), by and through their attorneys of record and pursuant to the settlement of this action, hereby stipulate as follows:

Plaintiffs' complaint shall be dismissed *with prejudice* as to the entirety of the claims contained therein.

---
STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL PER SETTLEMENT
CASE NO. C 05-3620 PJH

SFCA_383028.1

1  IT IS SO STIPULATED.

2  DATED: April 18, 2006

3                                                    HAYES, DAVIS, ELLINGSON, McLAY & SCOTT LLP
BRIAN R. DAVIS
VIVIAN N. VO

By: /s/ Brian R. Davis
BRIAN R. DAVIS
ATTORNEYS FOR PLAINTIFFS, MOON KYU CHOI AND YOON SOOK CHOI

DATED: April 24, 2006

FOLEY & LARDNER LLP
EILEEN R. RIDLEY
GEORGE H. KELLER
PATRICK T. WONG

By: /s/ Eileen R. Ridley
EILEEN R. RIDLEY
ATTORNEYS FOR DEFENDANT, STEWART TITLE GUARANTY COMPANY

IT IS SO ORDERED:

DATED: 4/25/06

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL PER SETTLEMENT
CASE NO. C 05-3620 PJH

SFCA_383028.1